**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **AHMED YOUSUF HUSEIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2098-D** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER FOR UPDATE ON PETITIONER'S IMMIGRATION PROCEEDINGS**

Petitioner states that, on March 26, 2025, an Immigration Judge (IJ) denied his applications for immigration relief and ordered him removed to Somalia. Doc. 1, at 10. Petitioner continues that, on April 10, 2025, he timely appealed the IJ's decision to the Board of Immigration Appeals (BIA). *Id*. Petitioner provided an August 6, 2026, screenshot of EOIR's Automated Case Information System website, which corroborates these dates. *Id*. Ex. 8, at 2-3.

As of October 8, 2026, the Automated Case Information System website indicates that no party filed an appeal to the BIA. *See* EOIR, Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation (last visited Oct. 8, 2026). The website also indicates that there are no future hearings set for Petitioner's immigration case.

The Court **ORDERS** Petitioner and Respondents to update the Court and to provide documentation as to whether the BIA has adjudicated

Petitioner's appeal and, if so, whether Petitioner's removal order is final. The parties must do so by **Tuesday, October 13, 2026.**

**SO ORDERED** this 8th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE